No. 747.   SHAW WAREHÒUSE CO. ET AL. *v.* SOUTHERN RAILWAY CO. ET AL.   C. A. 5th Cir.   Certiorari denied. *A. Alvis Layne, David J. Vann, E. L. All* and *Francis H. Hare* for petitioners.   *Joseph F. Johnston* for respondents.

No. 749.   MCCARTHY ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Julius Lucius Echeles* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 753.   WOOD ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands* and *Edward L. Cates,* Assistant Attorneys General, and *Peter M. Stockett, Jr.,* Special Assistant Attorney General, for petitioners.   *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 757.   CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *James K. Polk, Richard Joyce Smith* and *Julius M. Jacobs* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John B. Jones, Jr.* for the United States.

No. 769.   ROGERS *v.* HODGES, SECRETARY OF COMMERCE, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Andrew A. Lipscomb* for petitioner.   *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.